# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| V. | |
| | Case Number: 8:08-cr-227-T-30MSS |
| OLIVER BERNARD FIELDS | USM Number: 06513-003 |

Alec Hall, pda.
Defendant's Attorney

**THE DEFENDANT:**

   **X**    admitted guilt to violation of charge number(s) ONE, TWO, THREE, FOUR, FIVE and SIX of the term of supervision.

| Violation Charge Number | Nature of Violation | Offense date |
|---|---|---|
| ONE | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | April 3, 2008 |
| TWO | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | April 3, 2009 |
| THREE | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | September 26, 2009 |
| FOUR | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | September 29, 2009 |
| FIVE | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | October 15, 2009 |
| SIX | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | October 16, 2009 |

The defendant is sentenced as provided in pages 2 through   **4**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 25, 2010
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

25 Feb. 2010
Date

| | | | |
|---|---|---|---|
| DEFENDANT: | OLIVER BERNARD FIELDS | Judgment - Page  2  of  4 | |
| CASE NUMBER: | 8:08-cr-227-T-30MSS | | |

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TEN (10) MONTHS.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

 X  The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.     p.m.   on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____

UNITED STATES MARSHAL

By  _____

DEPUTY UNITED STATES MARSHAL

| | | | |
|---|---|---|---|
| DEFENDANT: | OLIVER BERNARD FIELDS | Judgment - Page 3 of 4 |
| CASE NUMBER: | 8:08-cr-227-T-30MSS | | |

## SUPERVISED RELEASE

**Upon release from imprisonment, the defendant shall be on supervised release for a term of FORTY-SEVEN (47) MONTHS.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| DEFENDANT: | OLIVER BERNARD FIELDS | Judgment - Page _4_ of _4_ |
|---|---|---|
| CASE NUMBER: | 8:08-cr-227-T-30MSS | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

<u>X</u>     The defendant shall reside in a Residential Re-entry Center for a period of FOUR (4) MONTHS and shall observe the rules of that facility. While at the center, defendant shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instruction regarding the implementation of this court directive. Further, defendant shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the offender.

<u>X</u>     Defendant is directed to submit to random drug testing.